

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2022

No. 04-22-00145-CR

Bobby **BORDELON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-2215-CR-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he served copies of the brief and motion on appellant, and informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Appellant may obtain a copy of the appellate record by filing a written request, n**o later than August 16, 2022**, with either the clerk of the trial court, County District Clerk Linda Balk, 211 W. Court Street, Sequin, Texas 78155 or with this court, the Fourth Court of Appeals, Cadena-Reeves Justice Center, 300 Dolorosa, Suite 300, San Antonio, Texas 78205-3037.

If appellant files a written request for the record with the trial court clerk, Ms. Balk is ORDERED to immediately (1) send a copy of the record to appellant and (2) file written notice with this court that the record has been sent to appellant.

We further ORDER the Clerk of this Court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

If, after reviewing the record, appellant desires to file a pro se brief, he must do so within forty-five days from the date this court receives written notice that the record was sent to appellant by the district clerk. If appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief no later than thirty days after the pro se brief is due.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court